UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X                11 CV 4154 (NG)(ALC)
LEICHA RICHARDSON-HOLNESS,

                            Plaintiff,

    -against-                                                  **ORDER**

THE NEW YORK CITY DEPARTMENT OF
EDUCATION, MICHAEL A. ALEXANDER,
AINSLEY CUMERBATCH, ANTOINETTE
MARTIN,

                          Defendants.
-----------------------------------------------------------------X

FILED
OCT 28 2011

**GERSHON, United States District Judge:**

    Upon further review, the pre-motion conference scheduled for November 1, 2011 at 11:30 a.m. is canceled, as it is clear there is no basis for federal jurisdiction. Accordingly, the Clerk of Court is directed to remand this action to the Supreme Court of the State of New York, Kings County.

                                                            **SO ORDERED.**

                                                            /s/
                                                   **NINA GERSHON**
                                                   **United States District Judge**

Dated: October 26, 2011
       Brooklyn, New York